# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133943 & (19)(20)

JOHNNIE E. SHINHOLSTER, Personal
Representative of the Estate of BETTY
JEAN SHINHOLSTER,
          Plaintiff-Appellee,

v

ANNAPOLIS HOSPITAL, assumed name for
OAKWOOD UNITED HOSPITALS, INC.,
          Defendant-Appellee,

and

KATHERINE ADAMS, Personal
Representative of the Estate of DENNIS E.
ADAMS, M.D., Deceased, and MARY
ELLEN FLAHERTY, M.D.,
          Defendants-Appellants.
_____/

SC: 133943
COA: 275641
Wayne CC: 97-709041-NH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.

CORRIGAN, J., states as follows:

I continue to adhere to the view set forth in my opinion in this case that a full retrial is warranted. 471 Mich 540, 596-597 (2004) (Corrigan, C.J., concurring in part and dissenting in part).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2007

_____
Clerk

d0703